■ In the Matter of Isabel T., Appellant, v Lucien W., Respondent. [28 NYS3d 316]—

Order, Family Court, New York County (Mary E. Bednar, J.), entered on or about March 17, 2015, which, after a fact-finding hearing, dismissed petitioner's family offense petition against respondent, unanimously affirmed, without costs.

Petitioner failed to establish, by a fair preponderance of the evidence, that respondent had committed the family offenses of harassment in the second degree and disorderly conduct (*Matter of Tamara A. v Anthony Wayne S.*, 110 AD3d 560, 560 [1st Dept 2013]). Family Court found neither party to be credible, and its finding is supported by the record and entitled to deference (see *Matter of Buskey v Buskey*, 133 AD3d 655, 656 [2d Dept 2015]). Concur—Mazzarelli, J.P., Acosta, Moskowitz, Gische and Webber, JJ.